# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMONTRA D. WILLIS,** | ) |
| Plaintiff, | ) ) ) |
| v. | )     No. CIV 19-292-JHP-SPS |
| **ADAM ELLER** and **AARON NAYLOR,** | ) ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER

On August 30, 2019, Plaintiff, a pro se prisoner incarcerated at the Carter County Jail in Ardmore, Oklahoma, filed this civil rights action pursuant to 42 U.S.C. § 1983 against two Ardmore police officers (Dkt. 1). On September 20, 2019, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* and directed him to pay an initial partial filing fee of $20.64 by October 11, 2019 (Dkt. 6).

On October 15, 2019, the Court's mail to Plaintiff was returned, marked "return to sender - attempted - not known - unable to forward" (Dkt. 7). Because Plaintiff has failed to advise the Court of his current address, as required by Local Civil Rule 5.6(a), this action is dismissed without prejudice for his failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 22nd day of October 2019.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma